APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:13mj42

v.

DATE: 3/7/13

CHRISTINA LOUISE SMITH

TYPE OF HEARING: DETENTION HEARING

**********************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Randy Ramseyer
3. Charles Bledsoe
4. Christina Smith
5. AJay Alexander

6. Craig ^mark Smith
7.
8.
9.
10.

**********************************************************************************

Recorded by: ELLA SURBER

Time in Court: 1:36 - 1:56

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1:36 | 1,5 | | 1,5 | | | | | | |
| | 1,3 | | 1,3 | | | | | | |
| | 1,5 | | 5,1 | | | | | | |
| | 3,6 | | 6,1 | | | | | | |
| ↓ | | | 4,1 | | | | | | |
| | 1 | | | | | | | | |
| 1:40 | 5,6 | | | | | | | | |
| ↓ | | | | | | | | | |
| | 1 | | | | | | | | |
| | 3,6 | | | | | | | | |
| ↓ | | | | | | | | | |
| 1:42 | 1,6 | | | | | | | | |
| ↓ | | | | | | | | | |
| 1:44 | 3,6 | | | | | | | | |
| ↓ | | | | | | | | | |