UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTINA SMITH, | ) | Case Number: 1:13mj00042 |
| Defendant | ) | |

Pursuant to Federal Rule of Criminal Procedure Rule 5.1, the defendant was scheduled to be brought before the court on March 7, 2013, for a preliminary hearing on charges that she has violated 18 U.S.C § 371, by conspiring to pass counterfeit checks. Prior to the hearing, counsel for the defendant filed a waiver of the defendant's right to a preliminary hearing. Based on the evidence presented in the Affidavit attached to the Criminal Complaint, I find that probable cause exists to show that the defendant has committed the alleged offense.

ENTERED: March 7, 2013.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE